KIM GAGE, ESQ. (STATE BAR NO. 82051)
BYRON J. BAHR, ESQ. (STATE BAR NO. 132019)
RANDALL P. MROCZYNSKI, ESQ. (STATE BAR NO. 156784)
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:  (714) 431-1044
Facsimile:  (714) 431-1119

Attorneys for Plaintiff
GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION

FILED
SEP 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKI WORLD USA, INC.; SKIERS QUEST, INC.; GARY JOHNSON; DENNIS SCHRIBER; DARYLENE SCHRIBER; SCOTT McNERNEY; ERICA McNERNEY and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. C05-03679 JL  MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>IT IS SO ORDERED<br>/s/ [signature]<br>9/26/05<br>U.S. DISTRICT JUDGE |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal of Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: September 23, 2005          COOKSEY, TOOLEN, GAGE, DUFFY & WOOG


By: /s/ Randall P. Mroczynski
   RANDALL P. MROCZYNSKI

1

3400-0005 219222.1                              NOTICE OF VOLUNTARY DISMISSAL