**FILED**

SEP 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KIM GAGE, ESQ. (STATE BAR NO. 82051)
BYRON J. BAHR, ESQ. (STATE BAR NO. 132019)
RANDALL P. MROCZYNSKI, ESQ. (STATE BAR NO. 156784)
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California  92626-1977
Telephone:    (714) 431-1044
Facsimile:    (714) 431-1119

Attorneys for Plaintiff
GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

GE COMMERCIAL DISTRIBUTION
FINANCE CORPORATION, a Delaware
corporation,

          Plaintiff,

    vs.

SKI WORLD USA, INC.; SKIERS QUEST,
INC.; GARY JOHNSON; DENNIS
SCHRIBER; DARYLENE SCHRIBER;
SCOTT McNERNEY; ERICA McNERNEY
and DOES 1-100, inclusive

          Defendants.

**CASE NO. C05-03679 JL  MHP**

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS SO ORDERED

U.S. DISTRICT JUDGE

**NOTICE IS HEREBY GIVEN** that pursuant to Federal of Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED:  September 23, 2005        **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**

        By:  /s/  Randall P. Mroczynski
            RANDALL P. MROCZYNSKI

1